UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/18

PHILLIP SULLIVAN JR.,
on behalf of himself and all others similarly situated,

Plaintiff,

-against-

NEWSWEEK LLC,

Defendant.

Case No.: 18-cv-02563

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, NEWSWEEK LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _/s/ Alia Smith_
Alia Lyerly Smith, Esq.
Ballard Spahr LLP (DC)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 508-1125
smithalia@ballardspahr.com

Date: 8/24/18

For the Plaintiff:

By: _/s/ C.K. Lee_
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 8/24/18

SO ORDERED

_/s/ Valerie Caproni_
U.S.D.J.  Valerie E. Caproni
         United States District Judge
         Part I
         August 27, 2018